# State of Tennessee, County of Shelby

**CIVIL WARRANT NO.** 1544934

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

2012 FEB 27 A 8 04  GENERAL SESSIONS COURT

Defendant: Ocwen Loan Servicing, LLC
Address: 12650 Ingenuity Dr., Orlando, FL 32826

on DAY Wednesday DATE April 18th 20 12 TIME 1:00 A.M./**P.M.**

to answer in a civil action brought by the Plaintiff(s) Nekeyia Hogsett

for the removal of the Ocwen Loan Servicing account (Loan #0188643) from all of my credit files (Trans-union, Equifax and Experian) due to the account information being reported inaccurately by Ocwen the loan company since it's been serviced has not complied with my request for proper documentation...

under _____ Dollars

Issued this 17th day of February 2012

Clerk of General Sessions Court

By: xxxxxxxxxxxxxxxxxxx
Edward L. Stanton, Jr. Deputy Clerk
Clerk Pro Tempore

Atty. For Plff. Nekeyia Hogsett
Address 3949 Autumn Harvest Lane Memphis, TN 38128
Phone (901) 336-0121
Code No.
B.P.R. No.

## JUDGMENT

Judgment for _____ and Cost
of suit and litigation taxes, for which Execution may issue.

This ____ day ____ 20 ____

_____ Judge of Division

## SERVICE

Came to hand same day issued and executed as commanded on _____

Came to hand same day issued and executed as commanded on _____

This ____ day of ____ 20 ____
Sheriff/Process Server

This ____ day of ____ 20 ____
Sheriff/Process Server

****SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****



EXHIBIT A

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |
| This_____ day of _____ 20____ **Sheriff/Process Server** | This_____ day of _____ 20____ **Sheriff/Process Server** |

## NOTICE

**  $10,000.00  **
Exemption allowed

**TO THE DEFENDANT (S):**

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
**Attorney for Plaintiff or Plaintiff**

_____
**Notary Public**

**My Commission Expires:** _____