UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**NEKEYIA HOGSETTE,**

    **Plaintiff,**

**V.**                                                                                          **Cv. No. 12-2256-Ma**

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order Dismissing Case With Prejudice, docketed July 31, 2012.  Each party shall bear its own fees and costs.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *August 1, 2012* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | *s/  Jean Lee* |
|  | (By) DEPUTY CLERK |